No. 93–2029. GENERAL TRUCK DRIVERS, WAREHOUSEMEN & HELPERS LOCAL UNION NUMBER 5 *v.* FORMOSA PLASTICS CORP. C. A. 5th Cir. Certiorari denied.

No. 93–2031. TOM MISTICK & SONS, INC. *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 93–2032. KINTER ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–2033. INDIANA LUMBERMENS MUTUAL INSURANCE CO. *v.* CITY OF BATON ROUGE. Ct. App. La., 1st Cir. Certiorari denied.

No. 93–2034. SHORT *v.* EDISON CHOUEST OFFSHORE, INC., ET AL. Sup. Ct. Ala. Certiorari denied.

No. 93–2035. NINTENDO OF AMERICA, INC. *v.* LEWIS GALOOB TOYS, INC. C. A. 9th Cir. Certiorari denied.

No. 93–2036. CSR LTD. *v.* MACQUEEN, JUDGE, CIRCUIT COURT OF WEST VIRGINIA, KANAWHA COUNTY, ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 93–2037. ALFREDO A. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (CALIFORNIA, REAL PARTY IN INTEREST). Sup. Ct. Cal. Certiorari denied.

No. 93–2038. HERRMANN *v.* IUE AFL–CIO PENSION FUND ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–2039. WHITE *v.* UNION PACIFIC RAILROAD CO. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 93–2040. SCHENLEY PRESS, INC. *v.* MARYLAND COMPTROLLER OF THE TREASURY. Ct. Sp. App. Md. Certiorari denied.